

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Elisa Christensen, on behalf of herself and all others similarly situated

**Plaintiff,**

V.

Zions Bancorporation, doing business as California Bank & Trust

**Defendant.**

Civil Action No.   22CV0007-RBM-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Dismiss the First Amended Complaint is granted. Plaintiff's claims are dismissed with prejudice.

Date:    1/24/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy